[J-91-2016] [M.O. - Wecht, J.]

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| W. LOWELL STARLING AND NANCY STARLING, | : | No. 30 MAP 2016 |
| | : | |
| | : | Appeal from the Order of the Superior |
| Appellees | : | Court at No. 1779 MDA 2014 dated |
| | : | August 11, 2015, Reconsideration |
| | : | Denied October 14, 2015, Reversing |
| v. | : | and Remanding the Order of the Adams |
| | : | County Court of Common Please, Civil |
| | : | Division, at No. 2010-S-498 dated |
| LAKE MEADE PROPERTY OWNERS ASSOCIATION, INC., | : | September 26, 2014. |
| | : | |
| Appellant | : | ARGUED: September 14, 2016 |

## CONCURRING OPINION

**CHIEF JUSTICE SAYLOR**                                  **DECIDED: May 25, 2017**

I join the majority opinion in full and write only to note that I am not unsympathetic to the Starlings. Candidly, I find any effort by the Association to encourage common use of the Disputed Property -- particularly large-scale use -- to be distasteful, especially if the history of disorderly conduct on and around such property is as alleged. In this respect, I regard the Association's assertion of legal title to this land to be doubtful in its own right; moreover, it seems to me that the land was originally intended to be left simply as a part of a thin undeveloped shoreline appurtenant to a wider road. Nevertheless, per the Uniform Planned Community Act, it would appear that the Association has the legal right to provide for common use, *see* 68 Pa.C.S. §5302(a)(6) (recognizing that an association may "[r]egulate the use, maintenance,

repair, replacement and modification of common elements" of a planned community),[1] subject, of course, to its own rules and regulations, prevailing covenants, and the law of nuisance.

---

[1] Notably, for purposes of the statute, "common elements" is defined to subsume not only "common facilities," *i.e.*, real estate owned or leased by the association, but also "controlled facilities," which includes any real estate within the community – owned or non-owned – over which the association asserts control. 68 Pa.C.S. §5103.